UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00296-MOC-WCM

| | | |
|---|---|---|
| WANDA S. LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THE TRUSTEES OF CLEVELAND COMMUNITY COLLEGE CLEVELAND COMMUNITY COLLEGE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Summary Judgment. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that that the Clerk of Court calendar defendant's Motion for Summary Judgment (#9) for **Oral Arguments** on the next appropriate civil hearings date in Asheville.

Signed: February 14, 2019

Max O. Cogburn Jr.
United States District Judge

-1-