UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00296-MOC-WCM

| | | |
|---|---|---|
| **WANDA S. LEONARD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THE TRUSTEES OF CLEVELAND** | ) | |
| **COMMUNITY COLLEGE; AND** | ) | |
| **CLEVELAND COMMUNITY COLLEGE**, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own Motion to Continue. It appearing that Civil Trials in the Asheville Division cannot be reached this term due to the number of criminal trials during the March Charlotte Criminal Term, this matter will be continued to the June 2019 Asheville Mixed Term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Court's own Motion to Continue is GRANTED, and the READY DATE for trial is continued to the June 2019 Asheville Mixed Term.

Signed: March 25, 2019

Max O. Cogburn Jr.
United States District Judge